UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHALIL CURTIS,

Plaintiff,

-against-

JOHN DOE NEW YORK CITY POLICE OFFICERS 1 - 3,

Defendants.

1:26-CV-9644 (LTS)

ORDER DIRECTING SIGNATURE

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. The complaint and the *in forma pauperis* ("IFP") application that Plaintiff submitted are unsigned. Rule 11(a) of the Federal Rules of Civil Procedure ("Rule 11(a)") provides that "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a); *see Becker v. Montgomery*, 532 U.S. 757, 764 (2001) (interpreting Rule 11(a) to require, "as it did in John Hancock's day, a name handwritten (or a mark handplaced)").

Accordingly, Plaintiff is directed to sign and submit the attached signature pages for the abovementioned submissions within 30 days of the date of this order. The signature pages must be labeled with docket number 1:26-CV-9644 (LTS).[1]

No summons or answer shall issue at this time. If Plaintiff complies with this order, this action shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff

[1] Because the signature page of Plaintiff's IFP application appears to reveal the full names of minor children, the Court has directed the Clerk of Court to restrict electronic access to the IFP application and to the relevant signature page attached to this order. *See* Fed. R. Civ. P. 5.2(a)(3) (references to a minor child's name in a court filing may only be done by using the child's name's initials).

fails to comply with this order within the time allowed, this action will be dismissed without prejudice.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: November 13, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge